UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LYNETTE TATUM-RIOS,
                              Plaintiff,

                              20 Civ. 2245 (LGS)

            -against-

                              ORDER

KICKOFF USA, INC.,

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated March 30, 2020, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No. 5);

      WHEREAS, the initial pretrial conference is scheduled for July 16, 2020, at 10:40 A.M. (Dkt. No. 12);

      WHEREAS, on June 19, 2020, Plaintiff filed an affidavit of service stating that Defendant was served with the Amended Complaint on June 11, 2020 (Dkt. No. 16);

      WHEREAS, Defendant was required to respond to the Complaint by July 2, 2020. Defendant has not appeared in this case and has not timely responded to the Complaint;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **July 13, 2020, at noon,** and shall explain why they have not complied with the Court's deadlines. If Plaintiff is not in communication with Defendant, no later than **July 13, 2020, at noon**, Plaintiff shall file a letter (1) requesting adjournment of the initial pretrial conference for up to 30 days,

and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment and related papers as provided in the Court's Individual Rules.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant, and shall file proof of such service no later than **July 24, 2020**.

Dated: July 10, 2020
      New York, New York

                                      **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**