

Christopher Lowe - Partner

**The initial pretrial conference, scheduled for July 16, 2020, is ADJOURNED to August 20, 2020, at 10:40 a.m.**

420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.764.7171
chris@lipskylowe.com

**Plaintiff shall move for default judgment pursuant to Attachment of this Court's Individual Rules by August 3, 2020.**

www.lipskylowe.com

Dated: July 13, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:     Tatum Rios v. Kickoff USA, Inc.. 1:20-cv-02245 (LGS)

Dear Judge Schofield:

This firm represents the Plaintiff in the above-referenced website inaccessibility case under Title III of the Americans with Disabilities Act, and its state and city analogs. We write now in response to the Court's Order issued earlier today. (Dkt. 17).

Upon issuance of the Court's June 5, 2020 Order Plaintiff filed, later that same day, his First Amended Complaint and Amended Summons.  (Dkt. 13 & 14).  The Amended Summons Issued on June 8, 2020 and we promptly sent the FAC and Amended Summons out for service.  Service was made on June 11, 2020 and the Affidavit of Service filed on June 19, 2020.  (Dkt. 16).  Defendant did not answer prior to the July 2, 2020 deadline.  In an effort to avoid unnecessary default motion practice, we made attempts via email to alert Defendant to the filing and advise of its need to respond. To date, we have not heard from Defendant or its counsel and no answer or appearance has been filed.  We were in the process of drafting a request to adjourn the July 16, 2020 Initial Pretrial Conference when we received today's Order.

As per the Court's Order, and based on the foregoing, we respectfully request a 30-day adjournment of the Initial Pretrial Conference until August 14, 2020.  If Defendant has not answered and/or appeared in the case by August 10, 2020, Plaintiff will file an Order To Show Cause for Default Judgment no later than August 12, 2020.



The Honorable Lorna G. Schofield
July 10, 2020
Page 2 of 2

We thank the Court for its time and attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP


<u>s/ Christopher H. Lowe</u>
Christopher H. Lowe