UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNETTE TATUM RIOS, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KICKOFF USA, INC., <br><br> Defendant. | ECF CASE <br><br> No.: 1:20-cv-02245-LGS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Motion for Judgment, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), with each party shall bear its own fees and costs.

Because no class has been certified, and no motion for class certification filed, this matter may be dismissed without further notice or court approval.

Dated:  July 30, 2020
         New York, New York

                         s/ Christopher H. Lowe
                         Christopher H. Lowe
                         LIPSKY LOWE LLP
                         420 Lexington Avenue, Suite 1830
                         New York, New York 10170
                         chris@lipskylowe.com
                         Tel: 212.392.4772
                         *Attorneys for Plaintiff*